UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE

CIVIL ACTION NO. 03-210

MELISSA MARTIN, PLAINTIFF

v. **OPINION & ORDER**

BOARD OF EDUCATION OF KNOTT
COUNTY, KENTUCKY, et al., DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

It is hereby ORDERED as follows:

1) The parties' Motions to Seal certain documents (Rec. Nos. 51, 55, 56, 58, 60, 64, and 68) are hereby GRANTED and the Clerk of the Court is DIRECTED to file and maintain the subject documents under seal.

2) The Defendants' Motion to Strike the Plaintiff's Motion to Alter Judgment (Rec. No. 61) is hereby DENIED. Summary Judgment was entered in this case on March 31, 2005. (Rec. No. 53). Plaintiff filed her Motion to Alter or Amend Judgment on April 13, 2005. (Rec. No. 57). Accordingly, pursuant to Fed. R. Civ. P. 59(e) and Fed. R. Civ. P. 6(a), the Plaintiff's Motion to Alter Judgment was timely filed.

This the 5th day of October, 2005.



Signed By:

*Karen K. Caldwell*  KKC
**United States District Judge**